IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TEDDY A. SPEAKMAN, | : |
| Plaintiff, | : Case No. 2:14-CV-00138 |
| v. | : JUDGE ALGENON L. MARBLEY |
| ROBERT MORNINGSTAR, *et al.*, | : Magistrate Judge Abel |
| Defendants. | : |

## ORDER

This matter is before the Court on the Magistrate Judge's May 29, 2014 **Report and Recommendation** (Doc. 12) recommending that this case be dismissed for want of prosecution. On April 21, 2014, the Court issued an Order to Show Cause, when Pro Se Plaintiff Teddy Speakman failed to appear for a duly noticed preliminary pretrial conference, and otherwise took no action to prosecute this lawsuit (Doc. 10). Plaintiff failed to respond to the Order, and the Magistrate Judge accordingly now recommends that the case be dismissed. (Doc. 12 at 1).

Plaintiff was specifically advised of his right to object, and of the consequences of his failure to do so. (*Id*. at 1-2). No objection has been filed, and the deadline for such objections has elapsed. Accordingly, this Court **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. 12). The case is hereby **DISMISSED**.

IT IS SO ORDERED.

                                                 s/ Algenon L. Marbley
                                                 ALGENON L. MARBLEY
                                                 UNITED STATES DISTRICT JUDGE

DATED: July 22, 2014